**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| IN THE MATTER OF | IN PROCEEDINGS UNDER CHAPTER 13 |
|---|---|
| RICHARD D JOHNSON, DAWN L JOHNSON | NO. 09-73215 JUDGE: Barbosa (Rockford) |
| DEBTOR | |

## NOTICE OF STATEMENT OF OUTSTANDING MORTGAGE OBLIGATIONS

As you know, our firm represents GMAC Mortgage, LLC in your Chapter 13 Case Number 09-73215. In that capacity, we have been retained to collect a debt provided for by your Chapter 13 Plan.  Accordingly, any information with which you provide this office can and may be used to collect that debt:

| | | |
|---|---|---|
| 04/10-06/10 monthly payments at $578.45 each | = $ | 1,735.35 |
| Less Suspense | = $ | (442.78) |
| TOTAL | = $ | 1,292.57 |

Respectfully submitted,

 /s/ Todd J. Ruchman
Attorney for GMAC Mortgage, LLC

Richard B. Aronow ARDC# 03123969
Christopher A. Cieniawa ARDC# 06187452
Michael J. Kalkowski ARDC# 06185654
Josephine J. Miceli ARDC# 06243494
Todd J. Ruchman ARDC# 06271827
Fisher and Shapiro, LLC
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015
(847)291-1717
Attorneys for Movant
09-025770

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE**